UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 15732
    SUSAN M SCHNOOR
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-3653
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/30/07 and confirmed on 12/17/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   8761.92 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | 4948.94 | .00 | 4948.94 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 342.34 | .00 | 342.34 |
| INTERNAL REVENUE SERVICE | UNSECURED | 12.37 | .00 | 12.37 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS & PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PERSONALIZED COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 255.48 | .00 | 255.48 |
| ILLINOIS DEPT REVENUE | UNSECURED | 90.00 | .00 | 90.00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4948.94 | 597.82 | 102.37 | .00 | 5649.13 |
| PRINCIPAL PAID | 4948.94 | 597.82 | 102.37 | .00 | 5649.13 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4948.94 | 597.82 | 102.37 | .00 | 5649.13 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3500.00
and was paid $   1540.00  direct and $   1960.00  through the plan.

The Trustee received $    435.77 .

Refunds to the Debtor totaled $    717.02 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/20/09                         /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE